IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17CR122-2 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN WARREN, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS INDICTMENT WITHOUT |
| Defendant. | ) | PREJUDICE |

Now comes the United States of America, through its counsel, Justin E. Herdman, United States Attorney, and Kelly L. Galvin, Assistant United States Attorney, and respectfully moves this Court for an order to dismiss this matter without prejudice. A copy of the Order of Dismissal is attached hereto.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Kelly L. Galvin

Kelly L. Galvin (OH: 0062585)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3731
(216) 522-8355 (facsimile)
Kelly.L.Galvin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Kelly L. Galvin
Kelly L. Galvin
Assistant U.S. Attorney